NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DWIGHT MATHEWS, )
)
      Appellant, )
)
v. )      Case No. 2D19-980
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Dwight Mathews, pro se

PER CURIAM.

      Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); State v.

Roby, 246 So. 2d 566 (Fla. 1971); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA

2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Franke v. State, 997 So. 2d

424 (Fla. 2d DCA 2008); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en

banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.

2d 1054 (Fla. 2d DCA 2002); Hillman v. State, 410 So. 2d 180 (Fla. 2d DCA 1982);

Woodberry v. State, 193 So. 3d 5 (Fla. 4th DCA 2016); Lopez v. State, 833 So. 2d 283

(Fla. 5th DCA 2002).

KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.